<u>CRIMINAL PROCEEDINGS</u> - Supervised Release Revocation Hearing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill  Date: August 27, 2020
Case No. 4:98-cr-27-BLW & 4:99-cr-3-BLW  Deputy Clerk: Sunny Trumbull
Place: Boise, ID  Reporter: Tammy Hohenleitner
Time: 1:03 - 1:53 p.m.

UNITED STATES OF AMERICA vs. OREN DEAN DIPIERRO

Counsel for United States - Christian Nafzger
Counsel for Defendant – Gustav Rosenheim, CJA counsel
Probation – Mandy Arnold

(X) Court reviewed case history.
(X) Defendant advised the court that he intends to enter an admission to the allegation 2j contained in the amended petition.
(X) Defendant sworn for examination by the Court.
(X) Court finds the defendant competent to enter an admission.

(X) Sentencing guidelines explained.
(X) Constitutional rights explained.
(X) Amended Supervised Release Petition furnished to the defendant. Violations read by the Court.
(X) Maximum penalty: 32 months incarceration followed by 56 months supervised release

(X) Defendant withdrew his previous plea and entered an admission to violation 2j contained in the Amended Supervised Release Petition. The Court accepts the defendant's admission and enters a judgment of guilty to allegation 2j contained in the Amended Supervised Release Petition.

(X) Counsel made sentencing recommendations.
(X) The Court granted the Government's oral motion to dismiss all other allegations.
(X) Defendant made statements on his own behalf.

SENTENCE: Term of supervised release is hereby REVOKED.
Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 9 months on both cases to run concurrent to each other. No supervised release to follow.

The defendant shall pay to the United States any outstanding financial obligation ordered in the original judgment. A restitution balance of $14,954.30 is outstanding and is due immediately as to case #4:99-cr-3-BLW-1.

The Court recommends that the defendant be credited with time served while awaiting sentencing on the amended revocation petition and that the defendant be placed in the facility at SeaTac.

(X) Right to appeal explained.

(X) Defendant remanded to the custody of the United States Marshals Service.

(X) After the hearing adjourned, the Court clarified that the 9-month sentence is for both cases and shall run concurrent to each other. No term of supervised release is imposed on either case.